UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 6:26-mj-1314-RMN

AARON STARBIRD

## MOTION TO WITHDRAW

The United States of America, by Gregory W. Kehoe, United States Attorney

for the Middle District of Florida, hereby respectfully requests the Clerk of Court to

withdraw the name of Assistant United States Attorney Richard Varadan in the

above-styled cause.

The government is represented in this matter by Assistant United States

Attorney Sarah Megan Testerman.

Respectfully submitted,

GREGORY W. KEHOE
United States Attorney

By:   */s/ Richard Varadan*
      Richard Varadan
      Assistant United States Attorney
      Florida Bar No.: 1025743
      400 W. Washington Street, Suite 3100
      Orlando, Florida 32801
      Telephone:   (407) 648-7500
      Facsimile:    (407) 648-7643
      E-mail: Richard.Varadan@usdoj.gov

**U.S. v. Aaron Starbird**          **Case No. 6:26-mj-1314-RMN**

## CERTIFICATE OF SERVICE

I hereby certify that on March 18, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Counsel of record.

*/s/ Richard Varadan*
Richard Varadan
Assistant United States Attorney
Florida Bar No.: 1025743
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail: Richard.Varadan@usdoj.gov

2